1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY BURCIAGA,                    1:12-cv-00258-LJO-SKO (HC)

12          Petitioner,                   ORDER GRANTING RESPONDENT'S
                                          FIRST MOTION FOR EXTENSION OF
13      vs.                               TIME TO FILE RESPONSE TO THE FIRST
                                          AMENDED PETITION FOR WRIT OF
14   MARTIN D. BITER,                     HABEAS CORPUS

15          Respondent.                   (DOCUMENT #25)

16   _____/      DEADLINE: MAY 2, 2013

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On March 27, 2013, respondent filed a motion to extend time to file a response

19   to the amended petition for writ of habeas corpus.  Good cause having been presented to the

20   court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Respondent is granted up to and including May 2, 2013 in which to respond to the first

22   amended petition for writ of habeas corpus.

23

24   IT IS SO ORDERED.

25   Dated:    April 1, 2013                    /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28