IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BURCIAGA, | 1:12-cv-00258-LJO-SKO (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| MARTIN D. BITER, | |
| Respondent. | (DOCUMENT #25) |
| _____/ | DEADLINE: MAY 2, 2013 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On March 27, 2013, respondent filed a motion to extend time to file a response to the amended petition for writ of habeas corpus.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted up to and including May 2, 2013 in which to respond to the first amended petition for writ of habeas corpus.


IT IS SO ORDERED.

**Dated:   April 1, 2013**                          /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE